## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 11 |
| YELLOW CORPORATION, *et al.*, | Case No. 23-11069 (CTG) |
| Debtors.[1] | (Jointly Administered) |
| Yellow Corporation, *et al.*, | |
| Plaintiffs, | Adv. No. See Exhibit "1" |
| vs. | |
| Defendants Listed on Exhibit "1", | **Re: Docket No. 7635** |
| Defendant. | |

### ORDER ESTABLISHING STREAMLINED PROCEDURES GOVERNING ADVERSARY PROCEEDINGS WITH TOTAL IN CONTROVERSY LESS THAN OR EQUAL TO $150,000.00 BROUGHT BY PLAINTIFFS PURSUANT TO SECTIONS 502, 547, 548, AND 550 OF THE BANKRUPTCY CODE

Upon the *Motion for Orders Establishing Streamlined Procedures Governing Adversary Proceedings Brought by Plaintiffs Pursuant to Sections 502, 547, 548, and 550 of the Bankruptcy Code,* (the "Procedures Motion")[2] filed by Yellow Corporation and its affiliated debtors in the above-captioned chapter 11 cases (collectively, the "Debtors" or "Plaintiffs"), by and through their counsel, for entry of a procedures order (the "Procedures Order") pursuant to sections 102(1) and 105(a) of title 11 of the United States Code (the "Bankruptcy Code"), Rules 7016, 7026 and 9006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rules 7016-1, 7016-2, and 9019-5 of the Local

---

[1]  A complete list of each of the Debtors in these Chapter 11 Cases may be obtained on the website of the Debtors' claims and noticing agent at https://dm.epiq11.com/YellowCorporation. The location of the Debtors' principal place of business and the Debtors' service address in these Chapter 11 Cases is: 11500 Outlook Street, Suite 400, Overland Park, Kansas 66211.

[2]  Capitalized terms not otherwise defined herein shall have the same meaning ascribed to them as in the Procedures Motion.

Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), establishing streamlined procedures governing all adversary proceedings with a total amount in controversy less than or equal to $150,000.00 brought by Plaintiffs under sections 502, 547, 548, and 550 of the Bankruptcy Code, which are identified in **Exhibit 1** annexed hereto (each an "Avoidance Action," collectively, the "Avoidance Actions"); and this Court having jurisdiction to consider and determine the Procedures Motion as a core proceeding in accordance with 28 U.S.C. §§ 157, 1331 and 1334; and any objections raised and heard at a hearing at which all parties were permitted to present their arguments and contentions; and it appearing that the relief requested by the Procedures Motion is necessary and in the best interests of the parties; and due notice of the Procedures Motion having been provided; and it appearing that no other or further notice of the Procedures Motion need be provided; and sufficient cause appearing therefor, it is hereby:

ORDERED, that the Procedures Motion be, and hereby is, granted in all respects; and it is further

ORDERED, the procedures governing all parties to the Avoidance Actions are as follows:

**A.    Effectiveness of the Procedures Order**

1.    This Procedures Order approving the Procedures Motion shall apply to all Defendants in the Avoidance Actions. To the extent a party is subject to this Procedures Order as well as the Procedures Order covering those cases with an amount in controversy greater than $150,000.00 in connection with another Avoidance Action, the parties shall meet and confer to decide whether the actions should proceed under one procedures order or the other. If an agreement cannot be reached, the parties may apply to the Court for resolution.

2.    This Order will not alter, affect or modify the rights of Defendants to seek a jury trial or withdraw the reference, or otherwise move for a determination

regarding whether the Court has authority to enter a final judgment, or make a report and recommendation, in an adversary proceeding under 28 U.S.C. § 157, and all such rights of the Defendants shall be preserved unless otherwise agreed to in a responsive pleading.

**B.    Extensions to Answer or File Other Responsive Pleading to the Complaint**

3.    The time to file an answer or other responsive pleading to a complaint filed in an Avoidance Action shall be extended by 60 days such that an answer or other responsive pleading is due within 90 days after the issuance of the summons rather than 30 days after the issuance of the summons.

**C.    Waiver of Requirement to Conduct Pretrial Conference**

4.    Federal Rule of Civil Procedure 16, made applicable herein pursuant to Bankruptcy Rule 7016 and Local Rules 7004-2 and 7016-1 (i.e., pretrial conferences), is hereby waived and not applicable with respect to the Avoidance Actions. Neither the Plaintiffs nor any Defendant shall be required to appear at the initial pretrial conference, including any pretrial originally scheduled for October 6, 2025, or any subsequently scheduled pretrial conferences.

**D.    Waiver of Requirement to Conduct Scheduling Conference**

5.    Federal Rule of Civil Procedure 26(f), made applicable herein pursuant to Bankruptcy Rule 7026 (mandatory meeting before scheduling conference/ discovery plan), is hereby waived and is not applicable to the Avoidance Actions.  Thus, the parties to the Avoidance Actions shall not be required to submit a written report as may otherwise be required under Federal Rule of Civil Procedure 26(f).

**E.    Discovery, Mediation, and Dispositive Motion Schedule**

6.    The parties' obligation to conduct formal discovery in each Avoidance Action shall be, and hereby is, stayed until the mediation process is concluded; provided that the stay of formal discovery shall in no way preclude, with respect to any Avoidance Action, the Plaintiffs and applicable Defendants from informally exchanging documents and information in an attempt to resolve such Avoidance Action in advance of, or during, the mediation process.

7.    Any open Avoidance Actions that have not been resolved and/or settled by December 1, 2025 (the "Remaining Avoidance Actions"), shall be referred to mediation.

8.    Between December 1, 2025 and December 15, 2025, Defendants in each of the Remaining Avoidance Actions shall choose a mediator from the list of proposed mediators (each a "Mediator," collectively, the "Mediators")

qualified to handle these types of Avoidance Actions and listed on the Register of Mediators and Arbitrators Pursuant to Local Rule 9019-4 (the "Mediator List"), attached to the Procedures Motion as **Exhibit D**. If there are multiple Defendants in a Remaining Avoidance Action, they must agree on the selection of a single Mediator for that Remaining Avoidance Action. Concurrently, Defendants in the Remaining Avoidance Actions shall notify Plaintiffs' counsel of the Defendant's choice of Mediator by contacting Plaintiffs' counsel's paralegal, Laurie N. Miskowiec, in writing, via email at **lmiskowiec@askllp.com** or via letter correspondence addressed to ASK LLP, 2600 Eagan Woods Drive, Suite 400, St. Paul, MN 55121. If a Defendant in a Remaining Avoidance Action does not timely choose a Mediator from the Mediator List and notify Plaintiffs' counsel of the same, Plaintiffs will assign such Remaining Avoidance Action to one of the Mediators from the Mediator List.

9.    Upon notification of such selection or assignment, the selected Mediator shall have an opportunity to run conflicts checks on the Defendant(s) and, in the event of a conflict, may abstain from the particular mediation. Once the mediator selection period closes and a Mediator is selected or assigned, as applicable, Plaintiffs will file a notice of mediation indicating which mediator was selected.

10.   On December 16, 2025, Plaintiffs, working with the Mediators, will commence scheduling mediations. Each Mediator will provide to Plaintiffs the dates on which the Mediator is available for mediation and the parties shall cooperate with the Mediators and each other regarding the scheduling of mediations. Plaintiffs' counsel shall contact each Defendant or each Defendant's counsel with a list of proposed dates for mediation provided by the mediator. Mediation will then be scheduled on a first-come, first-served basis.

11.   Plaintiffs will give at least 21 days written notice of the first date, time and place of the mediation in each Remaining Avoidance Action (the "Mediation Notice"), which notice shall be served on the applicable Defendant and filed on the docket.

12.   Within 14 calendar days after the conclusion of the mediation, the Mediator shall file a report (the "Mediator's Report") in the Remaining Avoidance Action, which shall be limited to stating only whether the Remaining Avoidance Action settled or did not settle.

13.   All mediations of the Remaining Avoidance Actions must be concluded by May 29, 2026.

14.   Any open Avoidance Actions shall be required to provide the disclosures required under Federal Rule of Civil Procedure 26(a)(1), as incorporated by Bankruptcy Rule 7026 (the "Initial Disclosures") on or before July 1, 2026.

15.  All initial written interrogatories, document requests and requests for admission, if any, may be served upon the adverse party any time after the mediation is held for the applicable Avoidance Action. All initial written interrogatories, document requests and requests for admission, if any, must be served upon the adverse party no later than July 1, 2026. Local Rule 7026-2(b)(ii) shall be modified to allow the counsel for Plaintiffs and each Defendant serving the discovery request or response to be the custodian of such discovery material.  For the avoidance of doubt, the deadlines to serve initial written discovery upon the adverse party does not apply to discovery propounded upon third parties.

16.  The parties to the Avoidance Actions shall have through and including September 30, 2026, to complete fact discovery, including depositions of fact witnesses.

17.  The standard provisions of Federal Rule of Civil Procedure 33, made applicable herein pursuant to Bankruptcy Rule 7033, shall apply to the Avoidance Actions.

18.  The standard provisions of Federal Rule of Civil Procedure 34, made applicable herein pursuant to Bankruptcy Rule 7034, including F.R.C.P. 34(b)(2)(E) regarding production of electronically stored information and Local Rule 7026-3, shall apply to the Avoidance Actions.

19.  The standard provisions of Federal Rule of Civil Procedure 36, made applicable herein pursuant to Bankruptcy Rule 7036, shall apply to the Avoidance Actions.

20.  Should a discovery dispute arise, the complainant shall file with the Court a letter outlining said issues and forward a copy to chambers. Respondent must reply within two (2) business days. The letter, excluding exhibits, shall be no longer than two (2) pages. The Court shall then inform the parties if it will require a conference call or formal motion.

21.  Pursuant to Federal Rule of Civil Procedure 26(a)(2), made applicable herein pursuant to Bankruptcy Rule 7026, disclosures and reports of a) the parties for any issue on which they bear the burden of proof (including any report by Plaintiffs on insolvency *solely* to the extent Plaintiffs are still pursuing a section 548 count after the completion of mediation) and b) if Defendant intends to provide expert testimony regarding insolvency of the Debtors, such expert reports, if any, shall be made to the adverse party on or before October 30, 2026.

22.  Pursuant to Federal Rule of Civil Procedure 26(a)(2), made applicable herein pursuant to Bankruptcy Rule 7026, disclosures and reports a) of the parties' rebuttal experts, and b) to the extent Plaintiffs are *not* pursuing a section 548 count after mediation, Plaintiffs' report on the insolvency of the

Debtors, if any, shall be made to the adverse party on or before December 15, 2026.

23.     All expert discovery, including expert witness depositions, shall be concluded on or before January 29, 2027.

24.     The standard provisions of Federal Rule of Civil Procedure 26(e), made applicable herein pursuant to Bankruptcy Rule 7026, shall apply to the Avoidance Actions with respect to supplementation of discovery responses.

25.     All dispositive motions shall be filed and served by March 1, 2027. The Local Rules governing dispositive motions in adversary proceedings, including Local Rules 7007-1 – 7007-4, shall apply.

**F.     Mediation Procedures and Requirements**

26.     Because the Remaining Avoidance Actions are proceedings before this Court, Delaware is the proper forum for mediation, except as otherwise agreed to by the parties or directed by the Mediator, including to hold mediations via video conference. Local Rule 9019-5 and the Court's mediation order, Delaware Bankruptcy Court General Order re Procedures in Adversary Proceedings, dated April 7, 2004, as amended April 11, 2005 (establishing mediation procedures for all adversary proceedings), shall govern the mediations, except as otherwise set forth herein.

27.     The Mediators shall be required to provide the disclosures required pursuant Local Rule 9019-2(e).

28.     The parties in each Remaining Avoidance Action will participate in the mediation, as scheduled and presided over by the chosen Mediator, in good faith and with a view toward reaching a consensual resolution. Mediation shall be attended by each party and/or counsel for each party and a representative of each party having full settlement authority. The default method and/or location of mediation shall be via Zoom or other equivalent secure video platform, _except that_ the parties may, by consent and with the Mediator's approval, agree to attend mediation in person, in which case the mediation will be held in person at the Mediator's office. Should a dispute arise regarding a Mediator's decision on the location of mediation, a party may apply to the Court, in advance of the mediation, by sending a letter outlining said issues to chambers. The Court may then schedule a conference call to address the issues.

29.     The Mediator will preside over the mediation with full authority to determine the nature and order of the parties' presentations, and the rules of evidence will not apply. Each Mediator may implement additional procedures which are reasonable and practical under the circumstances.

30.    The Mediator, in the Mediation Notice (by language provided to Plaintiffs by the Mediator) or in a separate notice that need not be filed, may require the parties to provide to the Mediator any relevant papers and exhibits, a statement of position, and a settlement proposal. In the Mediator's discretion, upon notice (which need not be filed), the Mediator may adjourn a mediation or move a mediation to a different location within the same jurisdiction. The Mediator may also continue a mediation that has been commenced if the Mediator determines that a continuation is in the best interest of the parties.

31.    The parties must participate in the scheduling of mediation and mediate in good faith. If the Mediator feels that a party to the mediation is not attempting to schedule or resolve the mediation in good faith, the Mediator may file a report with the Court.  The Court may, without need for further motion by any party, schedule a hearing.  If the Court determines that the party is not cooperating in good faith with the mediation procedures, the Court may consider the imposition of sanctions. Additionally, if either party to the mediation is not attempting to schedule or resolve the mediation in good faith, the opposite party may file a motion for sanctions with the Court. Litigation with respect to the issuance of sanctions shall not delay the commencement of the mediation. Sanctions may include, but are not limited to, attorney's fees and costs and Mediator's fees.

32.    Upon notice and a hearing, a party's failure to appear at the mediation or otherwise comply with the Procedures Order with respect to mediation, may result in a default judgment or dismissal being obtained against the party failing to comply with the mediation provisions. The Mediator shall promptly file a notice with the Court when any party fails to comply with the mediation provisions set forth in the Procedures Order.

33.    The Mediator's fees shall be paid by the Plaintiffs. Plaintiffs shall pay the Mediator a $250.00 administrative fee (the "Administrative Fee") upon acceptance of appointment. The Mediator's mediation fees shall be fixed at $3,000.00 per case, provided that

    (a)    Mediation that is continued for more than one calendar day will be continued on an hourly fee basis at the rate of $500.00 per hour to be paid by the Plaintiff.

34.    Defendants that have multiple Avoidance Actions in the underlying bankruptcy cases against them may mediate all related Avoidance Actions at one time and, in such event, the Mediation Fee shall be based upon the combined total claim amount for all related Avoidance Actions, as per the following:

    (a)    cases with a total claim amount (as reflected in the complaints) of less than $250,000: $3,000.00 per case;

(b)     cases with a total claim amount (as reflected in the complaints) equal to or greater than $250,000 and less than $1,000,000: $4,000 per case; and

(c)     cases with a total claim amount (as reflected in the complaints) equal to or greater than $1,000,000: $6,000 per case.

35.     Mediation statements are due 7 calendar days prior to the mediation to the Mediator. Unless otherwise directed by the Mediator, the mediation statements shall be shared with the opposing party, except that any party that has confidential information may share the same solely with the Mediator. The Mediator will direct the parties as to further instructions regarding the mediation statements. For the avoidance of doubt, the Mediator and the parties shall be permitted to share mediation statements with the Committee.

36.     Without the prior consent of both parties, no Mediator shall mediate a case in which he/she or his/her law firm represents a party.  If a Mediator's law firm represents any Defendant in the Avoidance Actions, then: (a) the Mediator shall not personally participate in the representation of that Defendant; (b) the law firm shall notate the file to indicate that the Mediator shall have no access to it; and (c) any discussions concerning the particular Avoidance Action by employees of the law firm shall exclude the Mediator. The Mediator's participation in mediation pursuant to the Procedures Order shall not create a conflict of interest with respect to the representation of such Defendants by the Mediator's law firm.

37.     The Mediator shall not be called as a witness by any party except as set forth in this paragraph.  No party shall attempt to compel the testimony of, or compel the production of documents from, the Mediators or the agents, partners or employees of their respective law firms.  Neither the Mediators nor their respective agents, partners, law firms or employees (a) are necessary parties in any proceeding relating to the mediation or the subject matter of the mediation, nor (b) shall be liable to any party for any act or omission in connection with any mediation conducted under the Procedures Order.  Any documents provided to the Mediator by the parties shall be destroyed 30 days after the filing of the Mediator's Report, unless the Mediator is otherwise ordered by the Court.  However, subject to court order, a Mediator may be called as witness by any party and may be compelled to testify on a limited basis in proceedings where it is alleged that a party failed to comply with mediation as is required in the foregoing paragraphs of this Procedures Order.  Local Rule 9019-5(d) shall apply.

38.     All proceedings and writings incident to the mediation shall be privileged and confidential, and shall not be reported or placed in evidence.  Local Rule 9019-(5)(d) shall apply.

**G.      Avoidance Action Hearings**

39.      The initial pretrial conference scheduled for October 6, 2025 at 10:00 a.m. (ET) shall be deemed wavied. Thereafter, except as otherwise ordered by the Court, the pretrial conference shall be adjourned to future date(s), if any, as properly noticed.

40.      If, after all discovery has been completed in an Avoidance Action and mediation has concluded but was not successful, and any issues of fact or law remain after dispositive motions, if any, have been decided, the parties to the applicable Avoidance Action shall so inform the Court. At the next scheduled omnibus hearing or at such other date convenient to the Court, the Court will address additional issues arising subsequent to the Procedures Order, set additional deadlines, if necessary, establish a due date by which the parties must file a joint pretrial order, and schedule a trial on the Avoidance Action that is convenient to the Court's calendar.

**H.      Miscellaneous**

41.      The Local Rules for the United States Bankruptcy Court for the District of Delaware shall apply, except that the Procedures Order shall control with respect to the Avoidance Actions to the extent of any conflict with other applicable rules and orders.

42.      The deadlines and/or provisions contained in the Procedures Order may be extended and/or modified by the Court upon written motion and for good cause shown or consent of the parties pursuant to stipulation, which stipulation needs to be filed with the Court; and it is further

ORDERED, that this Court retains jurisdiction with respect to all matters arising

from or related to the implementation of this Order.

Dated: September 19th, 2025
Wilmington, Delaware

CRAIG T. GOLDBLATT
UNITED STATES BANKRUPTCY JUDGE

# Exhibit 1

| Company Name | Adversary No. |
|---|---|
| 6233317 Canada Inc. dba Rockwell Truckline | 25-51203 |
| 82 Diesel LLC | 25-51205 |
| 9076-3376 Quebec Inc | 25-51209 |
| A.D. Helms Caulking & Repair Services, LLC | 25-51206 |
| A.O. Smith Corporation | 25-51837 |
| Abdul Mukeem dba Maz Trucking | 25-51207 |
| Access Cargo Services, Inc. | 25-51210 |
| ACCO Brands Corporation; and Cass Information Systems, Inc. | 25-51634 |
| ACME Transport LTD | 25-51213 |
| Acorn Petroleum, Inc. | 25-51214 |
| Active Carriers Corporation | 25-51805 |
| Advance Tabco Inc | 25-51229 |
| AJ Madison Inc dba AJ Madison Distribution | 25-51230 |
| AKKA Express Inc | 25-51215 |
| ALL Valley Environmental Inc | 25-51216 |
| Allen's Service, Inc. dba Allen's Tow 'N Travel | 25-51806 |
| Alliance Express LLC; and Triumph Financial, Inc. dba Triumph Business Capital | 25-51636 |
| Allied Towing Service, Inc. | 25-51218 |
| Almeida Forklifts, LLC | 25-51222 |
| Almo Crop | 25-51231 |
| Alvaria, Inc | 25-51224 |
| American Truck Repair, LLC fdba American Mobile Fleet Services | 25-51227 |
| American Trucking Associations, Inc. | 25-51240 |
| AMPM Roadside and Recovery Inc | 25-51245 |
| Amrize Building Envelope LLC fdba Holcim Solutions and Products US, LLC | 25-51540 |
| Amy Gresham dba GT Tow | 25-51246 |
| Anytime Truck and Tire Service, LLC | 25-51247 |
| Arbon Equipment Corporation | 25-51808 |
| Arthur J. Gallagher & Co. fdba Meridian One Corporation | 25-51232 |
| Asana, Inc. | 25-51809 |
| Ascendance Trucks Philadelphia, LLC dba Ascendance Truck Centers fdba Mid-State Truck Service | 25-51251 |

| | |
|---|---|
| Ascent Global Logistcs, LLC dba MESCA Freight Services LLC | 25-51233 |
| ASO LLC | 25-51234 |
| Associated Petroleum Products, Inc. | 25-51255 |
| | |
| Asturi Landscape Group, LLC | 25-51257 |
| AT&T Mobility, LLC | 25-51261 |
| Avient Corporation; and Schneider Logistics, Inc. | 25-51637 |
| Avoq LLC dba Team Subject Matter | 25-51265 |
| Baumann Lawn Care and Landscaping LLC | 25-51810 |
| Bay Pointe Technology, LTD.; and Buckley King, a Legal Professional Association | 25-51639 |
| Bayou Transportation Services, LLC | 25-51811 |
| BB Express LLC; and TAFS, Inc. fdba Transom Financial Services, Inc. | 25-51641 |
| BearCom Operating, LLC | 25-51269 |
| Belimo Aircontrols (USA), Inc. | 25-51236 |
| Bell/Knot and Associates, Corporate Architects, P.C. | 25-51273 |
| Bennett's Truck & Equipment Repair LLC | 25-51274 |
| Berry Global, Inc. | 25-51237 |
| Best Buy Co., Inc. | 25-51544 |
| Best Buy Warehousing Logistic, LLC | 25-51545 |
| BlueGrace Logistics LLC | 25-51239 |
| Bluestar Services LLC | 25-51281 |
| BM2 Freight Service, Inc. | 25-51283 |
| Bonham Electric Inc. | 25-51288 |
| Bosch Automotive Service Solutions LLC | 25-51241 |
| Bosetti Lawn Care, LLC | 25-51290 |
| Broadcast Music, Inc. dba BMI | 25-51293 |
| Broadridge Investor Communication Solutions, Inc. dba Broadridge ICS | 25-51294 |
| Broadway Ford Truck Sales, Inc. | 25-51295 |
| Bruce Construction, LLC. | 25-51296 |
| Bullock's Towing Inc. | 25-51297 |
| Button Holdings Inc dba Button Oil and Propane | 25-51298 |
| C I R Maintnenace & Construction | 25-51299 |
| Capital Transportation Solutions LLC | 25-51242 |
| Carlex Glass America, LLC; and Lynnco Supply Chain Solutions, Inc. | 25-51644 |
| Carrier Corporation | 25-51243 |
| Carrier Global Corporation dba Carrier Commercial Services | 25-51248 |

| | |
|---|---|
| Carrier Global Corporation dba Carrier Hawaii | 25-51249 |
| CBK Construction LLC dba CBK Construction Company | 25-51303 |
| Central Farm Service | 25-51308 |
| Central Power Systems & Services, LLC fdba Central Power Systems and Services Inc. | 25-51310 |
| Central Products, LLC dba Central Restaurant Products | 25-51546 |
| Chevron U.S.A. Inc. | 25-51252 |
| Cintas Corporation dba Cintas Fire Protection | 25-51812 |
| Colin Postance dba Healthy Trucks R Wealthy Trucks Truck Repair | 25-51313 |
| Conair LLC fdba Conair Corporation | 25-51254 |
| Cooper Lighting, LLC | 25-51256 |
| Copado, Inc. | 25-51317 |
| CORB, Inc. | 25-51320 |
| Cosmo Products, LLC | 25-51258 |
| Cotrailer Repair Services, LLC | 25-51323 |
| Crawford & Company | 25-51260 |
| Crazy Country Boys Services, LLC | 25-51813 |
| CRC Industries, Inc. | 25-51266 |
| Crossroad Services LLC | 25-51267 |
| Crystal Flash, Inc. | 25-51335 |
| CSX Transportation, Inc. | 25-51344 |
| CT Truck and Trailer Shop LLC | 25-51345 |
| Cummins Inc. dba Cummins Sales and Service; and ConData Global, Inc. | 25-51604 |
| Custom Courier Co. Ltd. | 25-51219 |
| CXtec Inc. | 25-51346 |
| D & D Truck Sales, Inc. | 25-51349 |
| D2G Group LLC dba Displays2Go | 25-51270 |
| Dad's Towing Services, Inc. | 25-51351 |
| Dahme Mechanical Industries, Inc. | 25-51354 |
| Dale A. Gilpin dba Dale's Maintenance | 25-51359 |
| DAT Solutions LLC | 25-51362 |
| Datashield, LLC | 25-51365 |
| Davidson Protruck Inc. | 25-51221 |
| Deere & Company dba A & I Products | 25-51548 |
| Delane's Mobile Service, Ltd. | 25-51367 |
| Delta Faucet Company | 25-51272 |
| DH Carrier Inc. | 25-51369 |
| Dick's Sporting Goods, Inc. | 25-51275 |

| | |
|---|---|
| Diesel Direct of New Jersey Inc. | 25-51371 |
| Diesel Doctor Truck and Trailer Repair Ltd. Co. | 25-51378 |
| Diesel Maintenance Services LLC | 25-51379 |
| DirectEmployers Association, Inc. dba DirectEmployers | 25-51383 |
| Dirty Dog Diesel LLC | 25-51814 |
| Dispatch, Corp.; and Triumph Financial, Inc. dba Triumph Business Capital | 25-51770 |
| Do It Best Corp. | 25-51277 |
| Dollar Tree, Inc. | 25-51279 |
| Donald Edward Schmidt dba Done Right Mechanical | 25-51388 |
| DPF Xpress LLC | 25-51815 |
| Dream Suites | 25-51389 |
| Drive Star Shuttle Systems Ltd. | 25-51390 |
| E & L Mobile Repair, Inc. | 25-51314 |
| E.L.S. Products Corp. | 25-51318 |
| EAB Global, Inc. | 25-51319 |
| Eagle Mark 4 Equipment Co. | 25-51321 |
| East Coast Truck & Trailer Repair LLC | 25-51325 |
| East Penn Manufacturing Co. | 25-51280 |
| East West Hauling Inc. | 25-51326 |
| Eaton Corporation | 25-51282 |
| Echo Global Logistics, Inc. | 25-51284 |
| Edmonton Fleet Maintenance Ltd. | 25-51223 |
| Ed's Mobile Maintenance Service, Inc. | 25-51327 |
| Ekam Transport, LLC | 25-51330 |
| Elder Logistics Inc. | 25-51331 |
| EmergeTech, LLC | 25-51333 |
| EmployBridge, LLC dba ProLogistix | 25-51336 |
| Engineered Floors, LLC | 25-51285 |
| Enhanced Sales Potential, LLC | 25-51337 |
| Equipment Depot of Illinois, Inc. | 25-51341 |
| Essendant Co. | 25-51549 |
| Everon, LLC fdba ADT Commercial LLC | 25-51347 |
| Ewing Bros., Inc. | 25-51816 |
| Expert Management Systems, LLC | 25-51353 |
| Extreme Dimensions, Inc. | 25-51287 |
| Falvey Shippers Insurance, LLC | 25-51304 |
| Family Dollar Stores, LLC | 25-51306 |
| Fireball Transport, LLC | 25-51358 |

| First Property Services, Inc. | 25-51361 |
| Five Rivers Transport LLC | 25-51363 |
| Fivetran Inc. | 25-51368 |
| Flag City Towing Inc. | 25-51370 |
| Fleet Repair Services | 25-51372 |
| Florida Spa Covers, Inc. | 25-51307 |
| FMJ Freight & Logistics LLC; and Phoenix Capital Group, LLC | 25-51646 |
| Forward Air, LLC | 25-51380 |
| Freightcom Inc. | 25-51309 |
| Freightquote.com, Inc. | 25-51311 |
| Full Cycle Enterprises, LLC | 25-51382 |
| Fusion Connect Inc. | 25-51384 |
| Fyda Freightliner Cincinnati, Inc. | 25-51385 |
| General Forklift New Jersey Inc. | 25-51406 |
| Geodis Logistics LLC fdba Ozburn-Hessey Logistics, LLC | 25-51400 |
| Ghent Companies, Inc. fdba Ghent Manufacturing Inc. | 25-51402 |
| GHL Services, LLC | 25-51408 |
| Glantus Inc. | 25-51410 |
| Glovis America, Inc. | 25-51405 |
| Graybar Electric Company, Inc. | 25-51420 |
| Greater Columbus Shippers Alliance dba United Shippers Alliance | 25-51838 |
| Gregory's Maintenance and Repair Inc. | 25-51414 |
| Grimshaw Trucking LP | 25-51415 |
| Grizzly Industrial, Inc. | 25-51550 |
| Hanna's Wrecker Service, Inc. | 25-51416 |
| Hausrath's Landscape Maintenance, Inc. | 25-51417 |
| Hearthstone Quality Home Heating Products, Inc. dba Hearthstone Quality HHP | 25-51422 |
| H-E-B, LP dba HEB Grocery Company, LP | 25-51551 |
| Hendrickson Truck Lines, Inc.; and Tranporation Alliance Bank, Inc. | 25-51653 |
| Henkel Corporation dba Henkel Global Supply ** | 25-51820 |
| Heyboer Landscape Maintenance, Inc. | 25-51822 |
| Hi Way 9 Express | 25-51421 |
| Highlander Transportation, Inc. | 25-51424 |
| Highway Carrier Inc.; and WEX Inc. dba WEX Fleet One | 25-51662 |
| Hillner Industrial Maintenance Company, Inc. | 25-51428 |
| HJ Towing & Recovery, Inc. | 25-51430 |
| HTC Logistics LLC; and RTS Financial Service, Inc. | 25-51673 |
| Hub City Terminals, Inc. | 25-51423 |

| | |
|---|---|
| Hudson Express Company of NY & NJ Inc. | 25-51439 |
| Huffman Bros., Inc. dba Friday Harbor Freight Lines | 25-51445 |
| Hull Lift Truck Inc. | 25-51447 |
| Hummingbird Express Corp. | 25-51451 |
| Huyan International Group Inc. | 25-51823 |
| Hyundai Translead | 25-51456 |
| Import Services Limited Liability Company | 25-51459 |
| Industrial Transportation Consultants, Inc. | 25-51427 |
| International Cellars LLC dba IC Transport | 25-51429 |
| Interstate Building Maintenance Corporation | 25-51462 |
| Interstate Towing and Transport Specialist, Inc. | 25-51463 |
| Intertape Polymer Corp.; and Uber Technologies, Inc. dba Transplace Cargo Claims | 25-51679 |
| Intertape Polymer Group Inc.; and Uber Technologies, Inc. dba Transplace Cargo Claims | 25-51681 |
| Invictus Transport, LLC | 25-51468 |
| InVisionApp Inc. | 25-51470 |
| ITS Traffic Systems, Inc. | 25-51431 |
| J & Z Express Inc.; and Triumph Financial, Inc. dba Triumph Business Capital | 25-51683 |
| J&D Truck Repair LLC | 25-51473 |
| J&J Mobile Services LLC | 25-51474 |
| J&T Trailer Service | 25-51475 |
| J.C.'s Landscaping & Snow Service LLC | 25-51476 |
| JAJ Enterprises, LLC dba Coach Glass | 25-51840 |
| Jamie Davis Motor Truck & Auto Ltd. | 25-51394 |
| JAO Transport LLC; and Triumph Financial, Inc. dba Triumph Business Capital | 25-51686 |
| Jim Whitehead Tire Service, Inc. dba BestOne | 25-51479 |
| JNJ Express, Inc. | 25-51480 |
| Johns Lawn Service Limited Liability Company | 25-51481 |
| Johnson Controls Security Solutions LLC | 25-51482 |
| Johnson Controls, Inc. | 25-51608 |
| Keller Truck Services, Inc. | 25-51484 |
| Keurig Dr Pepper Inc.** | 25-51821 |
| Keystone Fleet Service, Inc. | 25-51488 |
| Keystone RV Company | 25-51432 |
| Kim Cook Enterprises, LLC dba Cooks Performance Diesel | 25-51489 |
| Kodiak Equipment Services, Inc. | 25-51490 |
| Landstar Express America, Inc. | 25-51491 |

| | |
|---|---|
| Landstar Gemini, Inc.; and Landstar Ranger, Inc. | 25-51698 |
| Leisure Time Products & Services, L.L.C. | 25-51434 |
| LGM Transport LLC; and Wex Inc. dba Wex Fleet One | 25-51701 |
| Liv Transportation, Inc. | 25-51497 |
| Lockheed Martin Corporation; and ConData Global, Inc. | 25-51554 |
| Logistics Experts LLC; and RTS Financial Service, Inc. | 25-51703 |
| Lovett, Inc. | 25-51498 |
| M&J Intermodal LLC | 25-51499 |
| Maggio Truck Center Inc. | 25-51501 |
| Magnatag Inc. | 25-51436 |
| Magnum Freight, Inc.; and Compass Funding Solutions LLC | 25-51707 |
| Maloney Plumbing, LLC | 25-51824 |
| Martin Oil Company | 25-51506 |
| Martinez General Fleet Services Incorporated | 25-51507 |
| Maybach International Group, LLC; and Triumph Financial, Inc. dba Triumph Business Capital | 25-51709 |
| McCool Roadside Services LLC | 25-51825 |
| Medline Industries, LP fdba Medline Industries, Inc. ** | 25-51835 |
| Meisler Trailer Rentals, LLC | 25-51510 |
| MH Equipment Company | 25-51511 |
| Mid Atlantic Industrial Equipment, Ltd. | 25-51513 |
| Midsouth Professional Cleaning | 25-51514 |
| Midtown Service, Inc. | 25-51516 |
| Millenium Auto Services | 25-51396 |
| Mind at Ease LLC | 25-51518 |
| Minnesota Truck Leasing, Inc. | 25-51519 |
| Miri Piri Transportation Inc.; and Triumph Financial, Inc. dba Triumph Business Capital | 25-51713 |
| Mitchell's West Nashville Wrecker Service, LLC | 25-51521 |
| MO Trucking Inc. | 25-51523 |
| Molanco Services, LLC | 25-51524 |
| Motors & Armatures Inc dba MARS | 25-51441 |
| MRW Technical Services, LLC | 25-51826 |
| Nacarato Trucks, Inc. dba Nacarato Volvo Trucks | 25-51525 |
| National Distribution & Contracting, Inc. | 25-51841 |
| National Fleet Management, Inc. | 25-51526 |
| National Seating & Mobility, Inc. | 25-51529 |
| Network Environmental Systems, Incorporated dba NES, Inc. | 25-51533 |
| New York Truck Parts, Inc. | 25-51534 |
| Newell Brands Inc. | 25-51842 |

| | |
|---|---|
| NFI Industries, Inc. | 25-51559 |
| Nice Guys, LLC; and Triumph Financial, Inc. dba Triumph Business Capital | 25-51715 |
| Nordyne, LLC fdba Nortek Global HVAC LLC; and Schneider Logistics, Inc. | 25-51843 |
| North American Subrogation LLC dba Subrosmart | 25-51444 |
| Northern Tool & Equipment Company, Inc. | 25-51446 |
| Nuline Inc. | 25-51541 |
| Nu-Way Fuel Distributors Co. | 25-51543 |
| nVision Global Technology Solutions, Inc. | 25-51448 |
| Nwestco LLC | 25-51552 |
| Oberto Snacks Inc. | 25-51449 |
| Oceanside Logistics Limited; and Porter Billing Services LLC | 25-51717 |
| ODW LTS, LLC | 25-51450 |
| Old Pal Transportation Inc | 25-51555 |
| Old Southern Diesel Repair LLC | 25-51829 |
| Omaha Truck Center Inc. dba Truck Center Companies | 25-51557 |
| OMRON Healthcare, Inc. | 25-51561 |
| O'Rourke Bros., Inc. dba O'Rourke Sales | 25-51454 |
| Otis Elevator Company | 25-51844 |
| Overhead Door Corporation dba Overhead Door of Dallas | 25-51530 |
| Ozark Automotive Distributors, Inc. | 25-51455 |
| Parcel Delivery Express, Incorporated | 25-51567 |
| Paving Solutions, LLC | 25-51572 |
| Peach State Truck Centers, LLC | 25-51574 |
| Peak Trailer Group, LLC | 25-51575 |
| Pedigo Products, Inc. | 25-51464 |
| Pegasus Logistics Group, Inc.; and RTS Financial Services, Inc. | 25-51718 |
| Per Mar Secuirty and Research Corp. dba Per Mar Security Services | 25-51577 |
| Performance Carrier Inc; and Triumph Financial, Inc. dba Triumph Business Capital | 25-51719 |
| Pete's Perfection Plus, Inc. | 25-51578 |
| Pittsburgh Logistics Systems, Inc. dba PLS Logistics Services | 25-51466 |
| Planview, Inc. fdba Daptiv Solutions LLC | 25-51580 |
| Plus One Express; and RTS Financial Service, Inc. | 25-51721 |
| Point Logistics Inc.; and Triumph Financial, Inc. dba Triumph Business Capital | 25-51724 |
| Portable Restroom Trailers LLC | 25-51582 |
| Power Generator Service LLC | 25-51584 |
| Precision Metalforming Association | 25-51563 |

| | |
|---|---|
| Premier Fleet Services, LLC | 25-51585 |
| Premier Trailers, LLC dba Premier Trailer Leasing Inc. | 25-51586 |
| Priority-1, Inc. | 25-51566 |
| Protech Scale Ltd. | 25-51397 |
| Quality Tool & Equipment, Inc. | 25-51469 |
| R&L Collision Center Inc | 25-51592 |
| R&R Fleet Maintenance LLC | 25-51593 |
| R&R Lift Truck Service LLC | 25-51594 |
| Raja Transport Inc; and England Carrier Services, LLC | 25-51728 |
| Randall Plumbing & Heating Ltd. | 25-51398 |
| Randall-Reilly, LLC | 25-51595 |
| Randstad Interim, Inc. dba Randstad Canada | 25-51399 |
| Rapid Concrete Solutions, Inc. | 25-51596 |
| Ray & Wally's Towing Service, Inc. | 25-51597 |
| Red Gate Software Limited | 25-51616 |
| Red River Oil Co., LLC | 25-51617 |
| Regal Rexnord Corporation | 25-51773 |
| Reinert & Bender Inc. | 25-51618 |
| Republic Services, Inc. | 25-51619 |
| Resource Logistics Group, Inc. | 25-51774 |
| Revlon Consumer Products LLC dba BCE Revlon | 25-51775 |
| Richard LaBarbara dba Audit Assistants | 25-51776 |
| RMT Equipment Leasing, LLC dba DTI Truck Rentals | 25-51622 |
| Road Range Inc.; and Pathward, National Association fdba Crestmark | 25-51731 |
| Road Runner Mobile Repair, Inc. | 25-51623 |
| Roadrunner Mobile Truck Repair, Inc. | 25-51625 |
| Roadside Truck Plaza, Inc. | 25-51626 |
| Roanoke Insurance Group Inc. dba Roanoke Claims Service fdba Roanoke Trade Services Inc. | 25-51569 |
| Roberts Energy, LLC dba ABBS Fuels | 25-51627 |
| Romar Truck Repair and Mechanical Services, Inc. | 25-51629 |
| Rooter Man OC Inc. | 25-51630 |
| RPM International Inc. dba ValvTect Petroleum Products | 25-51631 |
| RW Trucking, LLC dba RW Roadside Repair | 25-51635 |
| RWC Idealease, LLC and RWC International, LLC dba RWC Group | 25-51638 |
| RXO, Inc. | 25-51777 |
| Safelite Group, Inc. dba Safelite Autoglass | 25-51645 |
| Safeway Delivery Service, Inc. | 25-51647 |
| Samsung Electronics America, Inc. ** | 25-51836 |

| | |
|---|---|
| Sauder Woodworking Co. | 25-51778 |
| Sawstop, LLC | 25-51779 |
| SEI, Inc. dba Service Express, Inc. | 25-51652 |
| Seko Worldwide, LLC | 25-51655 |
| Seneca Companies, Inc. | 25-51656 |
| Service One LLC | 25-51657 |
| Service Tire Truck Center, Inc. | 25-51658 |
| ServPro Commercial, LLC | 25-51659 |
| Seven Cities Repair LLC | 25-51660 |
| Shea Nassau Suffolk Delivery Group dba Shea Trucking | 25-51661 |
| Shoes For Crews, LLC | 25-51664 |
| Signify North America Corporation | 25-51781 |
| Smith Power Products, Inc. | 25-51666 |
| Southwest Material Handling, Inc. | 25-51668 |
| Southwind Building Products, LLC | 25-51845 |
| Southwire Company, LLC | 25-51782 |
| Spartan "On-Site" Fleet Maintenance | 25-51670 |
| Spectrum Transportation Consultants, Inc. | 25-51589 |
| Speedy-Pak, Inc. | 25-51830 |
| Standard & Poor's Financial Services LLC | 25-51674 |
| STG Intermodal Solutions, Inc. | 25-51675 |
| Stoner Incorporated | 25-51783 |
| Straightline Excavating, Inc. | 25-51677 |
| Stutler Leasing Inc. | 25-51678 |
| Superior Plus Energy Services Inc. | 25-51680 |
| Sussex Diesel, Inc. | 25-51684 |
| Sutton Transport, Inc. | 25-51685 |
| Syrway Inc. | 25-51688 |
| Systems, LLC | 25-51689 |
| T & D Body Shop | 25-51690 |
| T.M.F. Truck and Trailer Repair L.L.C. | 25-51692 |
| TAG Truck Enterprises, LLC dba TAG Truck Center of Memphis | 25-51695 |
| TAM Enterprises, Inc. | 25-51696 |
| Target Corporation | 25-51784 |
| Tech Service Today, LLC | 25-51700 |
| Technology Recovery Group Ltd. | 25-51702 |
| Telemanagement Technologies, Inc. | 25-51704 |
| Tempo Freight Systems LLC; and Triumph Financial, Inc. dba Triumph Business Capital | 25-51748 |

| | |
|---|---|
| The Around the Clock Freightliner Group, LLC dba Premier Truck Group | 25-51708 |
| The Chamberlain Group LLC | 25-51786 |
| The Fastfrate Group | 25-51771 |
| The Pitney Bowes Bank, Inc. | 25-51712 |
| The Toro Company | 25-51788 |
| The Uttermost Co. | 25-51789 |
| The Vollrath Company, L.L.C. | 25-51790 |
| The WEBstaurant Store, LLC dba WEBstaurantstore.com | 25-51791 |
| Thompson Electric, Inc. | 25-51831 |
| Tidewater Cartage, Inc. | 25-51714 |
| TK Elevator Corporation | 25-51720 |
| Toby's Mobile Repairs, Inc. | 25-51722 |
| Todd Biss Productions, Inc. | 25-51723 |
| Tovar Snow Professionals LLC fdba Tovar Snow Professionals Inc. | 25-51727 |
| Toyota Material Handling of Tennessee, Inc. dba Toyota Material Handling Midsouth | 25-51729 |
| Toyota Material Handling, Inc. fdba Toyota Material Handling U.S.A., Inc. | 25-51730 |
| Toyota Motor North America, Inc. | 25-51793 |
| Trailer Equipment, Inc. dba All Star Equipment | 25-51535 |
| Trailmex Services, Inc. | 25-51732 |
| Transfleet Services, LLC | 25-51832 |
| TRANSKID Enterprises Inc. | 25-51772 |
| Transportation Insight, LLC dba Transport Insight | 25-51794 |
| Tranzact Technologies, Inc. | 25-51795 |
| Tri Star Transporting Towing Inc. | 25-51737 |
| Triple "B" Forwarders, Inc. | 25-51738 |
| Triton Logistics Inc.; and RTS Financial Service, Inc. | 25-51752 |
| Triumph Financial, Inc. dba Triumph Business Capital | 25-51739 |
| Trucking Management, Inc. | 25-51740 |
| TV TSLC, L.L.C. fdba TruServ Logistics Company; and BVD Capital Corporation | 25-51754 |
| U A Transportation Inc. | 25-51743 |
| Unis Transportation, LLC | 25-51848 |
| Universal Fleet Services; and South State Bank, N.A. dba Corporate Billing | 25-51763 |
| Universal Protection Service, Inc. dba Allied Universal Security Services | 25-51747 |
| UPS Capital Insurance Agency, Inc. dba UPSCIA | 25-51796 |

| | |
|---|---|
| Utility Trailer of Dallas, Inc. dba Utility Trailer Insterstate | 25-51749 |
| Vander Haag's Inc. | 25-51833 |
| Via's Truck & Tractor Repair, LLC | 25-51802 |
| Volvo Group North America, LLC | 25-51849 |
| W K Webster & Co. Ltd. | 25-51851 |
| W. Douglass Distributing, Ltd. | 25-51753 |
| W.M. Barr & Company, Inc. | 25-51576 |
| Ward's Wrecker Service, Inc. | 25-51757 |
| Western Overnight LLC dba Unishippers | 25-51798 |
| Williams Scotman, Inc. dba WillScot | 25-51764 |
| Wolverine Freightliner - Westside, Inc. | 25-51765 |
| Workhouse General Contractors LLC | 25-51766 |
| World Wide Technology, LLC fdba World Wide Technology, Inc. | 25-51834 |
| Wyndham Collection, LLC | 25-51799 |
| Yamaha Motor Corporation, U.S.A. | 25-51800 |
| Young Truck Sales, Inc. dba Young Volvo Trucks | 25-51767 |
| Youngstown-Kenworth, Inc. | 25-51768 |
| Zac Logistics Inc.; and Apex Capital Corp. | 25-51769 |

*418 Adversary Proceedings